UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ThermoLife International, LLC*

*v.*

*United States Department of Health and Human Services*

Case No.

**COMPLAINT**

**Exhibit 1:**  May 29, 2015 FOIA Request



**KERCSMAR & FELTUS**PLLC
www.businesslawaz.com

7150 EAST CAMELBACK ROAD, SUITE 285
SCOTTSDALE, AZ 85251
(480) 421-1001 • FAX (480) 421-1002

Gregory B. Collins
gbc@kflawaz.com

May 29, 2015

**VIA EMAIL and FIRST-CLASS MAIL**

Lauren DiPaola
Office of Policy and Risk Management
Food and Drug Administration
12420 Parklawn Drive
Element Bldg., Room 4042
Rockville, Maryland 20857
Lauren.DiPaola@fda.hhs.gov

      Re:    Freedom of Information Act Request

Dear Ms. DiPaola,

      This public records request is submitted by my office, on behalf of a client of the Kercsmar & Feltus, PLLC. My contact information appears above. I have addressed this letter to your attention because you previously assisted my office in obtaining documents in response to a public records request that you responded to on May 1, 2013.

      On September 15, 2014, the United States House of Representatives passed "The De signer Anabolic Steroid Control Act of 2014." The bill amended "The Controlled Substances Act" to more effectively regulate anabolic steroids and the bill is now codified as 21 U.S.C. §§ 355 & 811, 18 U.S.C. §§ 21, 811, & 825, among other code sections.

      The bill was original proposed by Representative Joseph Pitts on May 29, 2014. As introduced, the bill listed 27 compounds that were specifically identified as "Designer Anabolic Steroids." The second and third compounds on the as-introduced bill, were: (i) Androst-4-ene-3,6,17-trione and (ii) Androsta-1,4,6-triene-3,17-dione. Although Androst-4-ene-3,6,17-trione and Androsta-1,4,6-triene-3,17-dione were listed in the introduced bill, the enacted version of the bill omitted these two compounds. We have inquired regarding the omission of these two compounds from the final bill. In response to our inquiries, we were informed that these compounds were removed from the bill as a result of comments and input provided by your office, the FDA.

May 29, 2015
Page 2 of 2

We request the following public information:

1.    Any and all written communications (including, but not limited to, email communications) that any FDA employee, representative, agent, or attorney had with anyone related to "The Designer Anabolic Steroid Control Act of 2014" between May 29, 2014 and September 15, 2014.

2.    Any and all written communications (including, but not limited to, email communications) that any FDA employee, representative, agent or attorney had with anyone related to Androst-4-ene-3,6,17-trione between May 29, 2014 and September 15, 2014.

3.    Any and all written communications (including, but not limited to, email communications) that any FDA employee, representative, agent or attorney had with anyone related to Androsta-1,4,6-triene-3,17-dione between May 29, 2014 and September 15, 2014.

We are willing to pay fees and costs incurred gathering and providing the above documents of up to $500.00. If you anticipate the fees and costs will exceed $500.00, please contact me so that we can determine how to proceed.

I look forward to hearing from you and we would appreciate prompt production of these documents.

Best regards,
KERCSMAR & FELTUS PLLC

Gregory B. Collins

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ThermoLife International, LLC*

*v.*

*United States Department of Health and Human Services*

Case No.

**COMPLAINT**

**Exhibit 2:**  June 4, 2015 Confirmation of Receiving FOIA Request



# KERCSMAR
# & FELTUS PLLC
www.businesslawaz.com

7150 EAST CAMELBACK ROAD, SUITE 285
SCOTTSDALE, AZ 85251
(480) 421-1001 • Fax (480) 421-1002

JUN 0 4 2015

Gregory B. Collins
gbc@kflawaz.com

May 29, 2015

**VIA EMAIL and FIRST-CLASS MAIL**

Commercial ____ ✓
Nonprofit/Media __
Other _____

*2015- 4445*

Lauren DiPaola
Office of Policy and Risk Management
Food and Drug Administration
12420 Parklawn Drive
Element Bldg., Room 4042
Rockville, Maryland 20857
Lauren.DiPaola@fda.hhs.gov

     Re:    Freedom of Information Act Request

Dear Ms. DiPaola,

     This public records request is submitted by my office, on behalf of a client of the Kercsmar & Feltus, PLLC. My contact information appears above. I have addressed this letter to your attention because you previously assisted my office in obtaining documents in response to a public records request that you responded to on May 1, 2013.

     On September 15, 2014, the United States House of Representatives passed "The De signer Anabolic Steroid Control Act of 2014." The bill amended "The Controlled Substances Act" to more effectively regulate anabolic steroids and the bill is now codified as 21 U.S.C. §§ 355 & 811, 18 U.S.C. §§ 21, 811, & 825, among other code sections.

     The bill was original proposed by Representative Joseph Pitts on May 29, 2014. As introduced, the bill listed 27 compounds that were specifically identified as "Designer Anabolic Steroids." The second and third compounds on the as-introduced bill, were: (i) Androst-4-ene-3,6,17-trione and (ii) Androsta-1,4,6-triene-3,17-dione. Although Androst-4-ene-3,6,17-trione and Androsta-1,4,6-triene-3,17-dione were listed in the introduced bill, the enacted version of the bill omitted these two compounds. We have inquired regarding the omission of these two compounds from the final bill. In response to our inquiries, we were informed that these compounds were removed from the bill as a result of comments and input provided by your office, the FDA.

Of C
O L
CDER

May 29, 2015
Page 2 of 2

We request the following public information:

1.     Any and all written communications (including, but not limited to, email communications) that any FDA employee, representative, agent, or attorney had with anyone related to "The Designer Anabolic Steroid Control Act of 2014" between May 29, 2014 and September 15, 2014.

2.     Any and all written communications (including, but not limited to, email communications) that any FDA employee, representative, agent or attorney had with anyone related to Androst-4-ene-3,6,17-trione between May 29, 2014 and September 15, 2014.

3.     Any and all written communications (including, but not limited to, email communications) that any FDA employee, representative, agent or attorney had with anyone related to Androsta-1,4,6-triene-3,17-dione between May 29, 2014 and September 15, 2014.

We are willing to pay fees and costs incurred gathering and providing the above documents of up to $500.00.  If you anticipate the fees and costs will exceed $500.00, please contact me so that we can determine how to proceed.

I look forward to hearing from you and we would appreciate prompt production of these documents.

Best regards,

KERCSMAR & FELTUS PLLC

Gregory B. Collins

**Recipient Information**

**To:  FOIA Request**
**Company: FDA**
**Fax #: 3018279267**

faxZERO.com
send a fax for free

**Sender Information**

**From: Greg Collins**
**Company: Kercsmar & Feltus PLLC**
**Email address: bjb@kflawaz.com (from 67.51.195.178)**
**Phone #: 4804211001**
**Sent on: Wednesday, June 3 2015 at 1:22 PM EDT**

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is
spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #14750950. We will
add your fax number to the block list.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ThermoLife International, LLC*

*v.*

*United States Department of Health and Human Services*

Case No.

**COMPLAINT**

**Exhibit 3:**  December 11, 2015 Letter from Food and Drug Administration



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
Rockville, MD 20857

December 11, 2015

In Reply Refer To: 2015-4445

Kercsmar & Feltus PLLC
Gregory B. Collins
7150 East Camelback Rd., Suite 285
Scottsdale, AZ 85251

Dear Requester:

This is in response to your Freedom of Information Act request (attached) regarding DESIGNER
ANABOLIC STERIOID CONTROL ACT OF 2014 - COMM, EMAILS. Your request has been assigned
tracking number FOIA 2015-4445.

After a diligent search of our files, the Office of the Executive Secretariat (OES) was unable to locate any
records responsive to your request. Your request is still being handled by Center for Drug Evaluation and
Research (CDER) and Office of Legislation (OL).

If you wish to appeal this determination, please submit your appeal within 30 days to:

Director, News Division
Office of the Assistant Secretary for Public Affairs
U.S. Department of Health and Human Services
Parklawn Building, Room 19-01
5600 Fishers Lane
Rockville, MD 20857

Please mark your envelope FDA FOIA Appeal and please include your control number FOIA 2015-4445.

Sincerely,

Sarah B. Kotler, JD
Director, Division of Freedom of Information
U.S. Food & Drug Administration

age:   2 of 3   06/3/2015   10:23 AM   TO:13018279267   FROM: Greg Collins      PHO
#4804211001



**KERCSMAR & FELTUS**PLLC
www.businesslawaz.com

7150 EAST CAMELBACK ROAD, SUITE 285
SCOTTSDALE, AZ 85251
(480) 421-1001 • FAX (480) 421-1002                    JUN 0 4 2015

Gregory B. Collins
gbc@kflawaz.com                    May 29, 2015

Commercial ___
Nonprofit/Media ___
Other ___

*2015-4445*

## VIA EMAIL and FIRST-CLASS MAIL

Lauren DiPaola
Office of Policy and Risk Management
Food and Drug Administration
12420 Parklawn Drive
Element Bldg., Room 4042
Rockville, Maryland 20857
Lauren.DiPaola@fda.hhs.gov

　　　　Re:    Freedom of Information Act Request

Dear Ms. DiPaola,

This public records request is submitted by my office, on behalf of a client of the Kercsmar & Feltus, PLLC. My contact information appears above. I have addressed this letter to your attention because you previously assisted my office in obtaining documents in response to a public records request that you responded to on May 1, 2013.

On September 15, 2014, the United States House of Representatives passed "The Designer Anabolic Steroid Control Act of 2014." The bill amended "The Controlled Substances Act" to more effectively regulate anabolic steroids and the bill is now codified as 21 U.S.C. §§ 355 & 811, 18 U.S.C. §§ 21, 811, & 825, among other code sections.

The bill was original proposed by Representative Joseph Pitts on May 29, 2014. As introduced, the bill listed 27 compounds that were specifically identified as "Designer Anabolic Steroids." The second and third compounds on the as-introduced bill, were: (i) Androst-4-ene-3,6,17-trione and (ii) Androsta-1,4,6-triene-3,17-dione. Although Androst-4-ene-3,6,17-trione and Androsta-1,4,6-triene-3,17-dione were listed in the introduced bill, the enacted version of the bill omitted these two compounds. We have inquired regarding the omission of these two compounds from the final bill. In response to our inquiries, we were informed that these compounds were removed from the bill as a result of comments and input provided by your office, the FDA.

Of 5
O L
CDER

May 29, 2015
Page 2 of 2

We request the following public information:

1.      Any and all written communications (including, but not limited to, email communications) that any FDA employee, representative, agent, or attorney had with anyone related to "The Designer Anabolic Steroid Control Act of 2014" between May 29, 2014 and September 15, 2014.

2.      Any and all written communications (including, but not limited to, email communications) that any FDA employee, representative, agent or attorney had with anyone related to Androst-4-ene-3,6,17-trione between May 29, 2014 and September 15, 2014.

3.      Any and all written communications (including, but not limited to, email communications) that any FDA employee, representative, agent or attorney had with anyone related to Androsta-1,4,6-triene-3,17-dione between May 29, 2014 and September 15, 2014.

We are willing to pay fees and costs incurred gathering and providing the above documents of up to $500.00. If you anticipate the fees and costs will exceed $500.00, please contact me so that we can determine how to proceed.

I look forward to hearing from you and we would appreciate prompt production of these documents.

Best regards,

KERCSMAR & FELTUS PLLC

Gregory B. Collins

**Recipient Information**

**To:  FOIA Request**
**Company:** FDA
**Fax #:** 3018279267

**Sender Information**

**From: Greg Collins**
**Company: Kercsmar & Feltus PLLC**
**Email address: bjb@kflawaz.com (from 67.51.195.178)**
**Phone #: 4804211001**
**Sent on: Wednesday, June 3 2015 at 1:22 PM EDT**

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is
spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #14750950. We will
add your fax number to the block list.

1/1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ThermoLife International, LLC*

*v.*

*United States Department of Health and Human Services*

Case No.


**COMPLAINT**


**Exhibit 4:**  April 7, 2016 and subsequent emails
between S. Kotler, G. Collins and J. Wagner

**Julia Wagner**

| | |
|---|---|
| **From:** | Kotler, Sarah <Sarah.Kotler@fda.hhs.gov> |
| **Sent:** | Tuesday, June 28, 2016 3:06 PM |
| **To:** | Julia Wagner |
| **Cc:** | Gregory Collins; Russ, Wilson |
| **Subject:** | RE: FDA FOIA Request Nos. 2015-4445 and 2016-4047 |

Dear Ms. Wagner,

In response to your email below, I have asked the Office of Legislation to contact you regarding the status of your request 2016-4047, and I have asked the Center for Drugs to contact you regarding 2015-4445.

Sincerely,

Sarah B. Kotler, JD
Director, Division of Freedom of Information
U.S. Food & Drug Administration
5630 Fishers Lane, Room 1033
Rockville, MD 20857
(301)796-8976

---

**From:** Julia Wagner [mailto:jaw@kflawaz.com]
**Sent:** Tuesday, June 28, 2016 5:25 PM
**To:** Kotler, Sarah
**Cc:** Gregory Collins
**Subject:** FDA FOIA Request Nos. 2015-4445 and 2016-4047

Ms. Kotler,

I am following up on the status of Request No. 2016-4047.  Please advise if there is someone else I need to contact to get a response.  We have been waiting for nearly two months for responsive documents.

In addition, we are still awaiting documents responsive to Request No. 2015-4445.  While we have received some documents, you indicated there are other departments looking for responsive documents (see email below).  That request has been pending for over a year.

HHS/FDA is well beyond the statutorily mandated FOIA response time.  Accordingly, we have exhausted our administrative remedies.  Please provide documents by July 12, 2016.

If we fail to receive documents by July 12, 2016, we will file a lawsuit against HHS/FDA to compel you to provide responsive documents.  We will also seek our fees due to HHS/FDA bad faith in failing to respond in a timely manner.  Your attention is appreciated.

Thank you.

Julia A. Wagner
**Kercsmar & Feltus PLLC**
7150 E. Camelback Road, Suite 285
Scottsdale, Arizona 85251
480.990.6223 (direct)
480.421.1001 (main)
480.421.1002 (facsimile)
jaw@kflawaz.com
www.kflawaz.com
www.businesslawaz.com



**From:** Kotler, Sarah [mailto:Sarah.Kotler@fda.hhs.gov]
**Sent:** Thursday, April 07, 2016 8:50 AM
**To:** Gregory Collins
**Cc:** Russ, Wilson
**Subject:** FDA FOIA Response 2015-4445

Dear Mr. Collins,

Please find attached a partial response to your request. These are records from the FDA's Office of Legislation. Your request remains open and pending with the FDA's Center for Drug Evaluation and Research.  Please note that information has been withheld under Exemption 6 of the FOIA on two pages of this response, as indicated on the pages.  You will receive appeal rights with your final response from the agency.

Sincerely,

Sarah B. Kotler, JD
Director, Division of Freedom of Information
U.S. Food & Drug Administration
5630 Fishers Lane, Room 1033
Rockville, MD 20857
(301)796-8976

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ThermoLife International, LLC*

*v.*

*United States Department of Health and Human Services*

Case No.


**COMPLAINT**


**Exhibit 5:**  December 20, 2016 email between J. Wagner to S. Kotler

**Julia Wagner**

| | |
|---|---|
| **From:** | Kotler, Sarah <Sarah.Kotler@fda.hhs.gov> |
| **Sent:** | Tuesday, December 20, 2016 1:26 PM |
| **To:** | Julia Wagner |
| **Cc:** | Gregory Collins; Russ, Wilson |
| **Subject:** | RE: FDA FOIA Request Nos. 2015-4445 and 2016-4047 |

Hi, Ms. Wagner. Your request is assigned to Gary Jackson at CDER. I asking him to contact you.

Thanks,

**Sarah B. Kotler, J.D.**
*Director*
**Office of the Executive Secretariat**
**Division of Freedom of Information**
**U.S. Food and Drug Administration**
Tel: 301-796-8976
Sarah.Kotler@fda.hhs.gov

 U.S. FOOD & DRUG
ADMINISTRATION



**From:** Julia Wagner [mailto:jaw@kflawaz.com]
**Sent:** Tuesday, December 20, 2016 3:21 PM
**To:** Kotler, Sarah
**Cc:** Gregory Collins; Russ, Wilson
**Subject:** RE: FDA FOIA Request Nos. 2015-4445 and 2016-4047

Ms. Kotler,

In follow up to your email below, I have not heard from the Center for Drugs regarding request 2015-4445.  Who do I need to contact to get a response?  Thanks.

Julia A. Wagner
**Kercsmar & Feltus PLLC**
7150 E. Camelback Road, Suite 285
Scottsdale, Arizona 85251
480.990.6223 (direct)
480.421.1001 (main)
480.421.1002 (facsimile)
jaw@kflawaz.com
www.kflawaz.com
www.businesslawaz.com



**KERCSMAR & FELTUS** PLLC
www.businesslawaz.com

---

**From:** Kotler, Sarah [mailto:Sarah.Kotler@fda.hhs.gov]
**Sent:** Tuesday, June 28, 2016 3:06 PM
**To:** Julia Wagner
**Cc:** Gregory Collins; Russ, Wilson
**Subject:** RE: FDA FOIA Request Nos. 2015-4445 and 2016-4047

Dear Ms. Wagner,

In response to your email below, I have asked the Office of Legislation to contact you regarding the status of your request 2016-4047, and I have asked the Center for Drugs to contact you regarding 2015-4445.

Sincerely,

Sarah B. Kotler, JD
Director, Division of Freedom of Information
U.S. Food & Drug Administration
5630 Fishers Lane, Room 1033
Rockville, MD 20857
(301)796-8976

---

**From:** Julia Wagner [mailto:jaw@kflawaz.com]
**Sent:** Tuesday, June 28, 2016 5:25 PM
**To:** Kotler, Sarah
**Cc:** Gregory Collins
**Subject:** FDA FOIA Request Nos. 2015-4445 and 2016-4047

Ms. Kotler,

I am following up on the status of Request No. 2016-4047. Please advise if there is someone else I need to contact to get a response. We have been waiting for nearly two months for responsive documents.

In addition, we are still awaiting documents responsive to Request No. 2015-4445. While we have received some documents, you indicated there are other departments looking for responsive documents (see email below). That request has been pending for over a year.

HHS/FDA is well beyond the statutorily mandated FOIA response time. Accordingly, we have exhausted our administrative remedies. Please provide documents by July 12, 2016.

If we fail to receive documents by July 12, 2016, we will file a lawsuit against HHS/FDA to compel you to provide responsive documents. We will also seek our fees due to HHS/FDA bad faith in failing to respond in a timely manner. Your attention is appreciated.

Thank you.

Julia A. Wagner
**Kercsmar & Feltus PLLC**
7150 E. Camelback Road, Suite 285
Scottsdale, Arizona 85251
480.990.6223 (direct)
480.421.1001 (main)
480.421.1002 (facsimile)
jaw@kflawaz.com
www.kflawaz.com
www.businesslawaz.com



**From:** Kotler, Sarah [mailto:Sarah.Kotler@fda.hhs.gov]
**Sent:** Thursday, April 07, 2016 8:50 AM
**To:** Gregory Collins
**Cc:** Russ, Wilson
**Subject:** FDA FOIA Response 2015-4445

Dear Mr. Collins,

Please find attached a partial response to your request. These are records from the FDA's Office of Legislation. Your request remains open and pending with the FDA's Center for Drug Evaluation and Research.  Please note that information has been withheld under Exemption 6 of the FOIA on two pages of this response, as indicated on the pages.  You will receive appeal rights with your final response from the agency.

Sincerely,

Sarah B. Kotler, JD
Director, Division of Freedom of Information
U.S. Food & Drug Administration
5630 Fishers Lane, Room 1033
Rockville, MD 20857
(301)796-8976

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ThermoLife International, LLC*

*v.*

*United States Department of Health and Human Services*

Case No.

**COMPLAINT**

**Exhibit 6:**  December 21, 2016 email between G. Jackson and J. Wagner

# Julia Wagner

| | |
|---|---|
| **From:** | Jackson, Gary (CDER) <Gary.Jackson1@fda.hhs.gov> |
| **Sent:** | Wednesday, December 21, 2016 8:22 AM |
| **To:** | Julia Wagner |
| **Cc:** | Landy, Eli |
| **Subject:** | RE: FOIA 2014-4445 |

Ms. Wagner,

The correct case number is 2015-4445. Your correct place in the queue is 272. My apologies for any confusion.

Gary

**From:** Jackson, Gary (CDER)
**Sent:** Wednesday, December 21, 2016 10:17 AM
**To:** 'jaw@kflawaz.com'
**Cc:** Landy, Eli
**Subject:** FOIA 2014-4445

Good morning Ms. Wagner,

Regarding your FOIA processing status inquiry to the Center for Drug Evaluation and Research (CDER), please be advised that your request is currently number Two Hundred and Seventy Two (272) out of approximately Six Hundred and Twenty Five (625) requests. The FDA CDER processes FOI requests in a two track system. That system operates on a first in first out basis. Your request has been assigned to the complex queue and will be processed in turn.

Regards,
Gary W. Jackson
Consumer Safety Officer

Division of Information Disclosure Policy
Center for Drug Evaluation and Research

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** Julia Wagner [mailto:jaw@kflawaz.com]
**Sent:** Tuesday, December 20, 2016 3:21 PM
**To:** Kotler, Sarah
**Cc:** Gregory Collins; Russ, Wilson
**Subject:** RE: FDA FOIA Request Nos. 2015-4445 and 2016-4047

Ms. Kotler,

In follow up to your email below, I have not heard from the Center for Drugs regarding request 2015-4445. Who do I need to contact to get a response? Thanks.

Julia A. Wagner
**Kercsmar & Feltus PLLC**
7150 E. Camelback Road, Suite 285
Scottsdale, Arizona 85251

480.990.6223 (direct)
480.421.1001 (main)
480.421.1002 (facsimile)
jaw@kflawaz.com
www.kflawaz.com
www.businesslawaz.com



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ThermoLife International, LLC*

*v.*

*United States Department of Health and Human Services*

Case No.

## COMPLAINT

**Exhibit 7:**  October 23, 2107 Letter to S. Kotler from J. Wagner



**KERCSMAR & FELTUS** PLLC
www.businesslawaz.com

7150 EAST CAMELBACK ROAD, SUITE 285
SCOTTSDALE, AZ 85251
(480) 421-1001 • FAX (480) 421-1002

Julia A. Wagner
jaw@kflawaz.com

October 23, 2017

**VIA EMAIL and FIRST-CLASS MAIL**

Sarah Kotler
Director, Division of Freedom of Information
U.S. Food & Drug Administration
12420 Parklawn Drive
5630 Fishers Lane, Room 1033
Rockville, Maryland 20857
*Sarah.Kotler@fda.hhs.gov*

Re: *Freedom of Information Act Request*; Request No. 2015-4445

Dear Ms. Kotler:

Our office submitted a public records request on behalf of our client, Thermolife International, Inc., on May 29, 2015, request number 2015-4445. Your office provided a partial response on April 7, 2016. That same day, you indicated that the request remained open and pending with the FDA's Center for Drug Evaluation and Research. It has been over a year and we have heard nothing. Please provide a response no later than November 6, 2017.

Should your agency fail to comply, Thermolife International, Inc. has authorized this firm to file a complaint on its behalf to compel production of the records in response to the FOIA request. The nearly two and a half year delay warrants a finding of bad faith, and we will seek our fees and costs in bringing the lawsuit.

I look forward to hearing from you.

Best regards,

KERCSMAR & FELTUS PLLC

Julia A. Wagner

JAW/mlg

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ThermoLife International, LLC*

*v.*

*United States Department of Health and Human Services*

Case No.

## COMPLAINT

**Exhibit 8:**  October 24, 2107 email from G. Jackson to J. Wagner

**Julia Wagner**

| | |
|---|---|
| **From:** | Jackson, Gary (CDER) <Gary.Jackson1@fda.hhs.gov> |
| **Sent:** | Tuesday, October 24, 2017 7:42 AM |
| **To:** | Julia Wagner |
| **Subject:** | FOIA 2015-4445 |

Good morning Ms. Wagner,

Regarding your FOIA processing status inquiry to the Center for Drug Evaluation and Research (CDER), please be advised that your request is approximately number One Hundred Sixty-Eight in the queue. The FDA CDER processes FOI requests in a two-track system. That system operates on a
first in first out basis. Your request has been assigned to the complex queue and will be processed in turn.

Regards,
Gary W. Jackson
Consumer Safety Officer

Division of Information Disclosure Policy
Center for Drug Evaluation and Research