ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

ADAM R. SMART
Assistant United States Attorney
N.C. State Bar No. 31797
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ  85004-4408
Telephone:  (602) 514-7500
Fax:  (602) 514-7693
Adam.Smart@usdoj.gov

*Attorneys for the United States Department of Health and Human Services*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ThermoLife International, LLC, | CV-17-04049-PHX-JJT |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| United States Department of Health and Human Services, | |
| Defendant. | |

PLEASE TAKE NOTICE that the parties have reached a settlement in the above-captioned case.  The parties anticipate needing 60 days to effect the terms of the settlement and will file a Stipulation for Dismissal thereupon.

Respectfully submitted this 12th day of March, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

 *s/ Adam R. Smart*
ADAM R. SMART
Assistant U.S. Attorney

*Attorneys for the United States Department of Health and Human Services*

OF COUNSEL:

ROBERT P. CHARROW
General Counsel

REBECCA K. WOOD
Chief Counsel
Food and Drug Administration

ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation

LESLIE COHEN
Associate Chief Counsel
United States Department of Health
and Human Services
Office of the General Counsel
Food and Drug Administration
10903 New Hampshire Ave.
WO Bldg. 32, Rm. 4301
Silver Spring, MD  20993
(301) 796-0551

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing which served a copy of the attached document and Notice of Electronic Filing to the following CM/ECF registrant:

Gregory B. Collins
Julia A. Wagner
Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251

*Attorneys for Plaintiff*

 *s/ M. Beickert*
Office of the United States Attorney