NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ThermoLife International LLC,<br><br>        Plaintiff,<br><br>v.<br><br>United States Department of Health and Human Services,<br><br>        Defendant. | No. CV-17-04049-PHX-JJT<br><br>**ORDER** |

    A Notice of Settlement (Doc. 14) having been filed,

    IT IS ORDERED that this matter will be dismissed with prejudice 60 days after the docketing of this order unless the parties file a stipulation to dismiss prior to that date. The settlement constitutes an accord which has extinguished the underlying claim. All pending hearings and motions are deemed moot.

    Dated this 14th day of March, 2018.

                                    Honorable John J. Tuchi
                                    United States District Judge