NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ThermoLife International LLC, | No. CV-17-04049-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Health and Human Services, | |
| Defendant. | |

Pursuant to this Court's Order of March 14, 2018 (Doc. 15),

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 16th day of May, 2018.

Honorable John J. Tuchi
United States District Judge